# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| BLACK FARMERS & AGRICULTURALISTS ASSOCIATION, INC., et al, <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS J. VILSACK, SECRETARY OF THE UNITED STATES DEPARTMENT OF AGRICULTURE, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) No. 2:23-cv-2527-SHL-cgc |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiffs' Complaint (ECF No. 1), filed August 24, 2023,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Denying Plaintiffs' Second Motion for a Preliminary Injunction and Granting Defendants' Motion to Dismiss (ECF No. 74), filed January 9, 2024, all claims by Plaintiffs against Defendants are hereby **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

January 9, 2024
Date